DOCUMENTS UNDER SEAL ☐

# MAGISTRATE JUDGE MINUTE ORDER

| MAGISTRATE JUDGE | DEPUTY CLERK | REPORTER/TAPE NO. |
|---|---|---|
| WAYNE D. BRAZIL | Sheilah Cahill | FTR 10-05-09 -10-06-30; 10-16-13 - 10-21-00 |
| **DATE** | | **NEW CASE** ☐ **CASE NUMBER** |
| October 18, 2007 | | 4-07-70433 WDB |

## APPEARANCES

| DEFENDANT | AGE | CUST | P/NP | ATTORNEY FOR DEFENDANT | PD. ☒ APPT. ☒ RET. ☐ |
|---|---|---|---|---|---|
| JULIO LOPEZ MORALES | | Yes | P | Jerome Matthews | |
| **U.S. ATTORNEY** | **INTERPRETER** | | | **FIN. AFFIDAVIT SUBMITTED** ☒ **DEFENDANT ELIGIBLE FOR APPOINTED COUNSEL** ☒ **COUNSEL APPOINTED** ☒ **PARTIAL PAYMENT OF CJA FEES ORDERED** ☐ | |
| Shashi Kewalramani | Carole Glasser (Spanish) | | | | |
| **PROBATION OFFICER** | **PRETRIAL SERVICES OFFICER** | | | | |
| | Taifa Gaskins | | | | |

**FILED OCT 18 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND**

### PROCEEDINGS SCHEDULED TO OCCUR

| ☐ INITIAL APPEARANCE | ☐ PRELIMINARY HEARING | ☐ MOTION | ☐ JUDGMENT & SENTENCING | ☒ STATUS |
| ☐ I.D. COUNSEL | ☐ OR ARRAIGNMENT | ☐ BOND POSTING/ SIGNING | ☐ IA ON PETITION TO REVOKE PROB. | ☐ TRIAL |
| ☒ DETENTION HEARING | ☐ REMOVAL HEARING | ☐ CHANGE OF PLEA | ☐ PROB. REVOC. OR SUPV. REL. HRG. | ☒ OTHER Subm. F/A |

### INITIAL APPEARANCE

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE STATED | ☐ WAIVER OF INDICTMENT FILED |

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND ➡ | AMOUNT OF SECURITY $ | AMOUNT RECEIVED $ | ☐ PASSPORT SURRENDERED DATE: |

PROPERTY POSTED/TO BE POSTED            REAL PROPERTY:
☐ CASH $_____    ☐ CORPORATE SECURITY    ☐

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT ORDERED | ☒ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF _____    OTHER:

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | ☐ GUILTY TO COUNTS: |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | ☐ OTHER: |

### CONTINUANCE

| TO: 11/2/07 | ☐ I.D. COUNSEL | ☐ BOND POSTING/ SIGNING | ☐ STATUS RE: CONSENT | ☐ JURY TRIAL |
| AT: 10:00 A.M. | ☐ SUBMIT FINAN. AFFIDAVIT | ☒ PRELIMINARY HEARING OR ARRAIGNMENT | ☐ PLEA | ☐ BOND HEARING |
| BEFORE HON. WDB | ☐ DETENTION HEARING | | ☐ TO HEAR MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☒ TIME WAIVED | | ☐ IDENTITY/REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROBATION REV. HEARING |
| ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | | ☐ TRIAL SETTING | ☐ COURT TRIAL | ☐ STATUS |

### ADDITIONAL PROCEEDINGS

Financial Affidavit submitted. Court finds defendant qualifies and AFPD Matthews will represent the defendant. Defendant currently has I.C.E. hold pending; detention hearing moot. Discovery has been given to defense. **Case continued to 11/2/07 at 10:00 a.m. before WDB for preliminary hearing or arraignment.** Defendant waives time on Preliminary Hearing.

COPIES SENT TO: WDR/stats

DOCUMENT NUMBER: