1  BARRY J. PORTMAN
   Federal Public Defender
2  JEROME E. MATTHEWS
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant JULIO LOPEZ MORALES
6

7

8             IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,       )   No. 4 07 70433 WDB
                                   )
12              Plaintiff,          )   STIPULATION AND [PROPOSED]
                                   )   ORDER CONTINUING PRELIMINARY
13 vs.                             )   HEARING OR ARRAIGNMENT
                                   )
14 JULIO LOPEZ MORALES,            )
                                   )
15              Defendant.          )
   _____ )
16

17        This matter presently is set for preliminary hearing or arraignment on indictment on

18 November 30, 2007. The complaint charges alien smuggling, with relevant events occurring in

19 Mexico, Arizona, Los Angeles, Oakland and Fairfield. The government has produced over 1,200

20 pages of discovery, and, as recently as November 13, 2007, produced one of several compact

21 discs, some of which contain photographs and others recordings of phone conversations that have

22 yet to be translated from Spanish to English. Defense counsel has reviewed most, but not all, of

23 the written discovery. The parties are discussing earnestly a possible pre-indictment resolution of

24 this matter, but the number of witnesses and volume of discovery necessarily render the

25 discussions fact-intensive. The parties believe that an additional week of discussions will

26 provide sufficient time to determine whether this matter may be resolved without indictment.

STIP/ORD                            1

1  Given the severity of the charges the government is contemplating, defense counsel and Mr.
2  Morales agree that a brief continuance of the preliminary hearing/arraignment date is both
3  desirable and warranted.
4       It therefore is STIPULATED AND AGREED that this matter may be continued to
5  December 7, 2007, at 10:00 a.m.
6
7  Dated: November 28, 2007                          /S/
                                                     _____
                                                     H. H. (SHASHI) KEWALRAMANI
8                                                    Assistant United States Attorney
9
                                                     /S/
10 Date: November 28, 2007                           _____
                                                     JEROME E. MATTHEWS
11                                                   Assistant Federal Public Defender
12
   I hereby attest that I have on file all holograph signatures for any signatures indicated by a
13 "conformed" signature (/S/) within this e-filed document.
14
15      Good cause appearing therefor, IT IS ORDERED that the preliminary hearing or
16 arraignment on indictment in this matter be continued to December 7, 2007.  The Court finds that
17 the interests of justice are served by permitting the parties additional time to attempt to resolve
18 this matter short of indictment.
19
20 Dated: November ____, 2007                        _____
                                                     WAYNE D. BRAZIL
21                                                   United States Magistrate Judge
22
23
24
25
26

STIP/ORD                                       2