1    BARRY J. PORTMAN
     Federal Public Defender
2    JEROME E. MATTHEWS
     Assistant Federal Public Defender
3    555 - 12th Street
     Suite 650
4    Oakland, CA 94607-3627
     Telephone:  (510) 637-3500
5
     Counsel for Defendant JULIO LOPEZ MORALES
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          )    No. 4 07 70433 WDB
                                        )
12                   Plaintiff,         )    STIPULATION AND ORDER
                                        )    CONTINUING PRELIMINARY HEARING
13   vs.                                )    OR ARRAIGNMENT
                                        )
14   JULIO LOPEZ MORALES,               )
                                        )
15                   Defendant.         )
     _____)
16

17        This matter presently is set for preliminary hearing or arraignment on indictment on

18   November 30, 2007.  The complaint charges alien smuggling, with relevant events occurring in

19   Mexico, Arizona, Los Angeles, Oakland and Fairfield.  The government has produced over

20   1,200 pages of discovery, and, as recently as November 13, 2007, produced one of several

21   compact discs, some of which contain photographs and others recordings of phone conversations

22   that have yet to be translated from Spanish to English.  Defense counsel has reviewed most, but

23   not all, of the written discovery.  The parties are discussing earnestly a possible pre-indictment

24   resolution of this matter, but the number of witnesses and volume of discovery necessarily render

25   the discussions fact-intensive.  The parties believe that an additional week of discussions will

26   provide sufficient time to determine whether this matter may be resolved without indictment.

     STIP/ORD                          1

1   Given the severity of the charges the government is contemplating, defense counsel and Mr.

2   Morales agree that a brief continuance of the preliminary hearing/arraignment date is both

3   desirable and warranted.

4          It therefore is STIPULATED AND AGREED that this matter may be continued to

5   December 7, 2007, at 10:00 a.m.

6

                                                              /S/
7   Dated: November 28, 2007           _____
                                        H. H. (SHASHI) KEWALRAMANI
8                                       Assistant United States Attorney

9
                                                              /S/
10  Date: November 28, 2007            _____
                                        JEROME E. MATTHEWS
11                                      Assistant Federal Public Defender

12
    I hereby attest that I have on file all holograph signatures for any signatures indicated by a
13  "conformed" signature (/S/) within this e-filed document.

14

15         Good cause appearing therefor, IT IS ORDERED that the preliminary hearing or

16  arraignment on indictment in this matter be continued to December 7, 2007.  The Court finds

17  that the interests of justice are served by permitting the parties additional time to attempt to

18  resolve this matter short of indictment.

19

20  Dated: November 29 , 2007          _____
                                        WAYNE D. BRAZIL
21                                      United States Magistrate Judge

22

23

24

25

26

STIP/ORD                    2