AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

**FILED**
DEC 7 – 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES OF AMERICA

V.

JULIO LOPEZ MORALES

## WAIVER OF INDICTMENT

CASE NUMBER: CR 07 0777 MJJ

I, Julio Lopez Morales, the above named defendant, who is accused of

18 U.S.C. §371 - Conspiracy
8 U.S.C. §§ 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i) - Illegal transportation of an alien for commercial advantage and private financial gain
18 U.S.C. § 2 - Aiding and abetting

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 12/7/07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _Wayne D. Brazil_  12-7-07
          Judicial Officer