UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**THE HONORABLE MARTIN J. JENKINS**          Courtroom Clerk: **Monica Narcisse**

Date: **January 18, 2008**   [**2:45pm - 2:49pm**]          Court Reporter: **Diane Skillman**

Case No:   **CR07-00777-1 MJJ**

DEFENDANT:   **JULIO LOPEZ-MORALES**          (**x**) Present   ( ) Not Present   (**x**) In Custody

AUSA:   **Shashi Kewalramani**          DEF ATTY:   **Joyce Leavitt (specially appearing)**

Interpreter:   **Angela Zawadzki**          Probation Officer:

TYPE FOR HEARING:   **Status**


Motion(s), if any, to be filed on or before:
Opposition due:
Reply(s)


ORDER AFTER HEARING(S):
- 


PRETRIAL CONFERENCE:
TRIAL SET for:

CASE CONTINUED TO:   **February 15, 2008 at 2:30 pm**   for   **Status or Change of Plea (Oak #4)**

BASIS TO EXCLUDE TIME GRANTED FOR:   **Effective preparation**   Thru   **2/15/2008**


JUDGMENT:


Notes:   **Vast majority of discovery provided.  Parties in discussion re: Plea Agreement**