1  BARRY J. PORTMAN
   Federal Public Defender
2  JEROME E. MATTHEWS
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant JULIO LOPEZ MORALES
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,           ) | No. CR 07 00777 MJJ
                                         )
12 |              Plaintiff,             ) | STIPULATION AND [PROPOSED]
                                         ) | ORDER CONTINUING TRIAL SETTING
13 | vs.                                 ) | OR CHANGE OF PLEA HEARING
                                         )
14 | JULIO LOPEZ MORALES,                )
                                         )
15 |              Defendant.             )
     _____)
16

17         This matter presently is set for trial setting or change of plea on February 15, 2008. The

18 parties were prepared to go forward with a change of plea on the scheduled date, but further

19 discussions and presentation of mitigating evidence have required revision of the terms of the

20 proposed plea agreement. In addition, the prosecuting attorney must obtain approval of any

21 revisions prior to submitting the agreement to the Court.

22         For these reasons, it is STIPULATED AND AGREED that this matter may be continued

23 to February 21, 2008, at 2:30 p.m. in San Francisco for change of plea. The parties are not

24 seeking an exclusion of time under the Speedy Trial Act.

25

26

STIP/ORD                                    1

Dated: February 12, 2008

/S/
_____
H. H. (SHASHI) KEWALRAMANI
Assistant United States Attorney

Date: February 12, 2008

/S/
_____
JEROME E. MATTHEWS
Assistant Federal Public Defender

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Good cause appearing therefor, IT IS ORDERED that the change of plea hearing in this matter be continued to February 21, 2008.

Dated: February ____, 2008

_____
MARTIN J. JENKINS
United States District Judge

STIP/ORD                              2