1  BARRY J. PORTMAN
   Federal Public Defender
2  JEROME E. MATTHEWS
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant JULIO LOPEZ MORALES
6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   No. CR 07 00777 MJJ
                                     )
12             Plaintiff,            )   STIPULATION AND [PROPOSED]
                                     )   ORDER CONTINUING TRIAL SETTING
13  vs.                              )   OR CHANGE OF PLEA HEARING
                                     )
14  JULIO LOPEZ MORALES,             )
                                     )
15             Defendant.            )
    _____)
16

17      This matter presently is set for trial setting or change of plea on February 15, 2008. The

18  parties were prepared to go forward with a change of plea on the scheduled date, but further

19  discussions and presentation of mitigating evidence have required revision of the terms of the

20  proposed plea agreement. In addition, the prosecuting attorney must obtain approval of any

21  revisions prior to submitting the agreement to the Court.

22      For these reasons, it is STIPULATED AND AGREED that this matter may be continued

23  to February 21, 2008, at 2:30 p.m. in San Francisco for change of plea. The parties are not

24  seeking an exclusion of time under the Speedy Trial Act.

25

26

STIP/ORD                                1

| | |
|---|---|
| Dated: February 12, 2008 | /S/ <br> _____ <br> H. H. (SHASHI) KEWALRAMANI <br> Assistant United States Attorney |
| Date: February 12, 2008 | /S/ <br> _____ <br> JEROME E. MATTHEWS <br> Assistant Federal Public Defender |

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Good cause appearing therefor, IT IS ORDERED that the change of plea hearing in this matter be continued to February 21, 2008.

Dated: February  13 , 2008                                         _____
                                                                    MARTIN J. JENKINS
                                                                    United States District Judge

STIP/ORD                                             2