**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
<u>Criminal Pretrial Minute Order</u>
**JUDGE D. LOWELL JENSEN**
**Date:** 2/22/08

**Clerk:** Frances Stone
**Court Reporter:** RAYNEE MERCADO

**Plaintiff:** United States

**v.**                                                                                                  **No.** CR-07-00777-DLJ

**Defendant:** Julio Lopez Morales [present; in custody; spanish interpreter]

**Appearances for AUSA:** Shashi Kewalramani

**Appearances for Defendant:** Jerome Matthews

**Interpreter:** <u>Haydee Claus-spanish interpreter</u>

**Probation Officer:**

**Reason for Hearing:**               **Ruling:**

Status                                                       -HELD

Change of Plea                      -Not Held

**Notes:**

**Case Continued to** 3/7/08 at 9:00AM    **for** CHANGE OF PLEA

**Case Continued to:**          **for**
**Case Continued to:**          **for**
**Motions to be filed by:**      **Opposition Due:**

**Case Continued to**                              **for Pretrial Conference**

**Case Continued to**         **for**            **Trial**

**Excludable Delay: Category: Begins:**  2/22/08       **Ends:** 3/7/08