1   BARRY J. PORTMAN
    Federal Public Defender
2   JEROME E. MATTHEWS
    Assistant Federal Public Defender
3   555 - 12th Street
    Suite 650
4   Oakland, CA 94607-3627
    Telephone: (510) 637-3500
5
    Counsel for Defendant JULIO LOPEZ MORALES
6

7

8                   IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )    No. CR 07 00777 DLJ
                                       )
12              Plaintiff,             )    STIPULATION AND [PROPOSED]
                                       )    ORDER CONTINUING TRIAL SETTING
13  vs.                                )    OR CHANGE OF PLEA HEARING
                                       )
14  JULIO LOPEZ MORALES,               )
                                       )
15              Defendant.             )
    _____)
16

17          This matter presently is set for trial setting or change of plea on March 7, 2008. The

18  parties were prepared to go forward with a change of plea on the scheduled date, but further

19  discussions and presentation of mitigating evidence have required revision of the terms of the

20  proposed plea agreement. In addition, the prosecuting attorney presently is out of the office and

21  will not return until Monday, March 10, 2008.

22          For these reasons, it is STIPULATED AND AGREED that this matter may be continued

23  to March 14, 2008, for change of plea. It is further AGREED that time under the Speedy Trial

24  Act be excluded for adequate preparation of Mr. Lopez-Morales's defense and continuity of

25  government counsel.

26

STIP/ORD                        1

1

2

Dated: March 4, 2008

/S/
_____
3
H. H. (SHASHI) KEWALRAMANI
Assistant United States Attorney

4

5

Date: March 4, 2008

/S/
_____
6
JEROME E. MATTHEWS
Assistant Federal Public Defender

7

8   I hereby attest that I have on file all holograph signatures for any signatures indicated by a
    "conformed" signature (/S/) within this e-filed document.

9

10

11          Good cause appearing therefor, IT IS ORDERED that the change of plea hearing in this

12   matter be continued to March 14, 2008, and that time under the Speedy Trial Act be excluded on

13   the grounds set forth in the foregoing stipulation.

14

15   Dated: March ___, 2008

_____
D. LOWELL JENSEN
United States District Judge

16

17

18

19

20

21

22

23

24

25

26

STIP/ORD                                    2