1  BARRY J. PORTMAN
   Federal Public Defender
2  JEROME E. MATTHEWS
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500

Counsel for Defendant JULIO LOPEZ MORALES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07 00777 DLJ |
| Plaintiff, | STIPULATION AND ORDER CONTINUING TRIAL SETTING OR CHANGE OF PLEA HEARING |
| vs. | |
| JULIO LOPEZ MORALES, | |
| Defendant. | |

This matter presently is set for trial setting or change of plea on March 7, 2008. The parties were prepared to go forward with a change of plea on the scheduled date, but further discussions and presentation of mitigating evidence have required revision of the terms of the proposed plea agreement. In addition, the prosecuting attorney presently is out of the office and will not return until Monday, March 10, 2008.

For these reasons, it is STIPULATED AND AGREED that this matter may be continued to March 14, 2008, for change of plea. It is further AGREED that time under the Speedy Trial Act be excluded for adequate preparation of Mr. Lopez-Morales's defense and continuity of government counsel.

STIP/ORD                                        1

1

2   Dated: March 4, 2008

/S/
_____
3   H. H. (SHASHI) KEWALRAMANI
Assistant United States Attorney

4

5   Date: March 4, 2008

/S/
_____
6   JEROME E. MATTHEWS
Assistant Federal Public Defender

7

8   I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

9

10

11       Good cause appearing therefor, IT IS ORDERED that the change of plea hearing in this matter be continued to March 14, 2008, and that time under the Speedy Trial Act be excluded on the grounds set forth in the foregoing stipulation.

12

13

14  Dated: March 5, 2008

_____
15  D. LOWELL JENSEN
United States District Judge

16

17

18

19

20

21

22

23

24

25

26

STIP/ORD                                2