**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
<u>Criminal Pretrial Minute Order</u>
**JUDGE D. LOWELL JENSEN**
**Date: 3/21/08**

**Clerk:** Frances Stone
**Court Reporter:** DIANE SKILLMAN

**Plaintiff:** United States

**v.**   **No.** CR-07-00777-DLJ

**Defendant:** Julio Lopez Morales [present; in custody; spanish interpreter]

**Appearances for AUSA:** James Mann (for Shashi Kewalramani)

**Appearances for Defendant:** Jerome Matthews

**Interpreter:** <u>Carole Glasser- spanish interpreter</u>

**Probation Officer:**

**Reason for Hearing:**       **Ruling:**
**STATUS**                    **-HELD**

(Change of Plea and Sentencing- NOT HELD)

**Notes:**

**Case Continued to** 4/11/08 AT 9:00AM     for   Change of Plea and Sentencing

**Case Continued to:**       for
**Case Continued to:**       for
**Motions to be filed by:**     **Opposition Due:**

**Case Continued to**            for Pretrial Conference

**Case Continued to**     for      Trial

**Excludable Delay: Category: Begins:** 3/21/08     **Ends:** 4/11/08