11 Am - 11:24 Am

11 Am
Y/C
E-FILING CASE
INT.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL PRETRIAL MINUTE ORDER

**FILED**
APR 1 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Date: 4/11/08

Case No: CR-07-00777-DLJ

Judge: D. Lowell Jensen

Reporter: RAYNEE MERCADO

Clerk: Frances Stone

Defendant(s): JULIO LOPEZ MORALES   Present? Y   In Custody? Y   Defense Counsel: JEROME MATTHEWS

US Attorney: SHASHI KEWALRAMANI

Interpreter: SPANISH MONIQUE INCIARTE

US Probation Officer:

**Reason for Hearing:** CHANGE OF PLEA

**Ruling:** — HELD. GUILTY PLEA TO COUNT 1 OF THE INFORMATION. PLEA IS WITH CONSENT OF COUNSEL. PLEA IS ACCEPTED AND ENTERED.

**Notes:** Gov MOTO DISMISS COUNT 2 OF INFORMATION DEFERRED TO SENTENCING DATE.

Case continued to: 7/11/08 AT 10AM for SENTENCING

CC: PROBATION