UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**FILED**
APR 1 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Case Number          CR-07-00777-01-DLJ
Defendant's Name     **JULIO LOPEZ MORALES**
Defendant's Counsel  Jerome Matthews
Due Date             7/11/08 at 10AM
                     1   Courtroom              Floor  4th

~~~~~~~~~~~~~~NOTICE TO DEFENSE COUNSEL~~~~~~~~~~~~~~

The Court has directed that a:

        XX         Presentence Investigation
_____ Bail Investigation
_____ Bail Supervision
_____ Postsentence Investigation
_____ 4244

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the **Probation Office,** before leaving the Courthouse today to make the necessary arrangements.

✓ cc to Counsel
✓ cc to Probation

RICHARD W. WIEKING, CLERK

by: _Frances Stone_
Frances Stone, Deputy Clerk

Dated: 4/11/08

**US PROBATION OFFICE**~~~~~~~~~~~~~~~~~~~~~~~~
Is defendant in custody?   Yes or No
Is defendant English speaking?  Yes or No [Interpreter:_____]
Defendant's address: _____
_____
_____
_____