JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

ANDREW S. HUANG (CABN 193730)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    Facsimile: (510) 637-3724
    E-Mail: andrew.huang@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.   CR 07-00777 DLJ |
|     Plaintiff, ) | NOTICE SUBSTITUTION OF ATTORNEY |
|     v. ) | |
| JULIO LOPEZ MORALES, ) | |
|     Defendant. ) | |

    Please take notice that as of April 11, 2008, the Assistant U.S. Attorney whose name, address, telephone number and email address are listed below was assigned to be counsel for the government.

    Assistant U.S. Attorney Andrew S. Huang
    1301 Clay Street, Suite 340S
    Oakland, CA 94612
    Telephone: (510) 637-3703
    Andrew.Huang@usdoj.gov

DATED: April 17, 2008    Respectfully submitted,

    JOSEPH P. RUSSONIELLO
    United States Attorney

    /s/
    ANDREW S. HUANG
    Assistant United States Attorney

NOTICE OF SUBSTITUTION
OF ATTORNEY
CR-07-00294 MJJ