1 | BARRY J. PORTMAN
Federal Public Defender
2 | JEROME E. MATTHEWS
Assistant Federal Public Defender
3 | 555 - 12th Street
Suite 650
4 | Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant JULIO LOPEZ MORALES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 07 00777 DLJ |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING SENTENCING HEARING |
| vs. | ) | |
| JULIO LOPEZ MORALES, | ) | |
| Defendant. | ) | |

This matter presently is set for sentencing on July 11, 2008. Defense counsel would like to explore and discuss with the government a number of issues suggested by the record and the Sentencing Guidelines, and the parties do not believe that sentencing should go forward until those discussions take place. Defense counsel will be out of the office for two weeks beginning July 12, 2008. The probation officer has been notified of this request for a continuance and concurs.

IT IS THEREFORE STIPULATED AND AGREED that sentencing in this matter be continued to August 8, 2008, at 10:00 a.m.

STIP/ORD                                        1

1

2   Dated: July 2, 2008                                    /S/
                                                    _____
3                                                   ANDREW HUANG
                                                    Assistant United States Attorney
4

5                                                          /S/
    Date: July 2, 2008                             _____
6                                                   JEROME E. MATTHEWS
                                                    Assistant Federal Public Defender
7

8   I hereby attest that I have on file all holograph signatures for any signatures indicated by a
    "conformed" signatures (/S/) within this e-filed document.
9

10

11      Good cause appearing therefor, IT IS ORDERED that the sentencing hearing in this

    matter be continued to August 8, 2008 at 10:00 a.m.
12

13
    Dated: July 8, 2008                            _____
14                                                  D. LOWELL JENSEN
                                                    United States District Judge
15

16

17

18

19

20

21

22

23

24

25

26

STIP/ORD                                    2