UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTE ORDER

10AM
YC E-FILING CASE
INT.

11:09AM — 11:45AM

FILED
AUG 0 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Date: 8/8/08

Case No: CR-07-00777-DLJ            Judge: D. Lowell Jensen
Reporter: RAYNEE MCLAND             Clerk: Frances Stone

Defendant(s):                                          Defense Counsel:

JULIO LOPEZ MORALES  Present? Y  In Custody? Y    JEROME MATTHEWS

US Attorney: ANDREW HUANG    Interpreter: SPANISH - INES SWANEY    US Probation Officer: SARA SLACK (took for C. MABIE)

Reason for Hearing: SENTENCING

Ruling: — HELD

COUNT 1 - DEF IS COMMITTED TO CUSTODY OF BUREAU OF PRISONS FOR A TERM OF 54 MONTHS. DEF PLACED ON SUPERVISED RELEASE 3 YEARS. A $100 ASSESSMENT IS DUE IMMEDIATELY. GOV MOTION TO DISMISS REMAING COUNT 2 OF THE INFORMATION IS GRANTED. DEF WAIVES RIGHT TO APPEAL.